**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MARC ANTWAIN X. RIVERS
MUHAMMAD, SR.,

    Plaintiff,

v.

VINCENT CAPPELLINI, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:10-CV-2374

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW** this 27th day of March, 2013, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Federal Injunctive Relief & Damages Pursuant to § 1983 (Doc. 24) is **DENIED.**

(2) Plaintiff's claims against the Luzerne County Court of Common Pleas Orphan's Court Division, Mr. Michael T. Conahan, the Superior Court of Pennsylvania, the Honorable Kate Ford Elliott, the Honorable Jacqueline O. Shogan, and the Honorable Robert E. Colville are **DISMISSED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                              /s/ A. Richard Caputo

                                              A. Richard Caputo
                                              United States District Judge